Before HOLMES, McCORD and RUS-SELL, Circuit Judges.

PER CURIAM.

A careful examination of the record in this case impels the conclusion that abundant evidence supports the verdict, and that appellant's conviction and sentence should be sustained. There was no error in the failure of the trial court to grant the motion for a bill of particulars and for a continuance. Wong Tai v. U. S., 273 U.S. 77, 82, 47 S.Ct. 300, 71 L.Ed. 545; Hart v. U. S., 5 Cir., 112 F.2d 128. Moreover, we find no reversible error either in the rulings on the evidence or in the denial of the motion to suppress the evidence. U. S. v. Rabinowitz, 339 U.S. 56, 60, 70 S.Ct. 430, 94 L.Ed. 653. Carroll v. U. S., 267 U.S. 132, 156–157, 45 S.Ct. 280, 69 L.Ed. 543.

Affirmed.

Clifton H. Tupper, Earl W. Smith, San Angelo, Tex., for appellant.

Cavett S. Binion, Asst. U. S. Atty., Fort Worth, Tex., for appellee.

Before HOLMES, McCORD and RUS-SELL, Circuit Judges.

PER CURIAM.

We find no reversible error in the record of appellant's trial, either in the rulings of the trial court on the evidence or its instructions to the jury. There is substantial evidence to support the verdict, and the judgment is accordingly

Affirmed.[1]

## BALES v. UNITED STATES.

### No. 13428.

United States Court of Appeals
Fifth Circuit.

April 25, 1951.

Rehearing Denied May 30, 1951.

## TERRIO v. UNITED STATES.

### No. 13431.

United States Court of Appeals
Fifth Circuit.

April 25, 1951.

Rehearing Denied May 30, 1951.

Frank L. Merrill, William H. Scott, Houston, Tex., Philip D. Beall, Pensacola, Fla., for appellant.

K. M. Nolen, Asst. U. S. Atty., Brian S. Odem, U. S. Atty., Houston, Tex., for appellee.

1. See Glasser v. U. S., 315 U.S. 60, 80, 62 S.Ct. 45, 86 L.Ed. 680; Zimberg et al. v. U. S., 1 Cir., 142 F.2d 132.